UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| DAVID C. SMITH, | NO: 11-CV-3109-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING INDIVIDUAL DEFENDANTS |
| YAKIMA COUNTY, *et al.*, | |
| Defendants. | |

BEFORE THE COURT is Plaintiff's Motion for Dismissal of Individual Defendants (ECF No. 20). This matter was heard without oral argument on October 18, 2012. Pursuant to the parties' stipulation, the Court will dismiss Plaintiff's claims against the following individual defendants with prejudice and without fees or costs: Jason Fairchild, Jane Doe Fairchild, Judith Kendall, John Doe Kendall, Linda Dixon, John Doe Dixon, and John and Jane Does 1-100. Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant Yakima County will remain in the case as a defendant.

ORDER DISMISSING INDIVIDUAL DEFENDANTS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Motion for Dismissal of Individual Defendants (ECF No. 20) is **GRANTED**.  Plaintiff's claims against individual defendants Jason Fairchild, Jane Doe Fairchild, Judith Kendall, John Doe Kendall, Linda Dixon, John Doe Dixon, and John and Jane Does 1-100 are **DISMISSED** with prejudice and without fees or costs to any party.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 18th day of October, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge